60397. WALKER v. CLERK OF SUPERIOR COURT.

QUILLIAN, Presiding Judge.
Our examination of the record in the instant case reveals no basis for reversal.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED SEPTEMBER 15, 1980 — DECIDED OCTOBER 8, 1980.

James Walker, Jr., *pro se.*
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.